## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:                  )

                       )

PAN AMERICAN GENERAL    )     07-30935-RCM-11

HOSPITAL, L.L.C.,           )

                       )

     Debtor.           )

_____)

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY
## RULE 9010(B) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL
## NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTOR, CREDITORS AND PARTIES IN INTEREST:

Please take notice that BERNARD R. GIVEN, II, of the law firm of Beck & Given, P.C., El

Paso, Texas, hereby enters an appearance as an attorney of record for EL PASO LTACH

PARTNERS, L.P., a party-in-interest in the above-styled and numbered cause.

EL PASO LTACH PARTNERS, L.P. hereby requests that copies of all notices, filings and

papers filed or served in this case be given to and served upon:

**EL PASO LTACH PARTNERS, L.P.**
**c/o BERNARD R. GIVEN, II**
**BECK & GIVEN, P.C.**
**5915 Silver Springs, Bldg. 4**
**El Paso, Texas 79912**
**(915) 544-5545**
**(FAX) (915) 544-1620**

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings

referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007

of the Bankruptcy Rules; including, without limitation, notices, copies of any orders, motions,

demands, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or

requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise; which affects or seeks to affect the above-captioned case.

Respectfully submitted,

**BECK & GIVEN, P.C.**
5915 Silver Springs Dr., Bldg. 4
El Paso, Texas 79912
TEL: (915) 544-5545
FAX: (915) 544-1620


By:_____
      Bernard R. Given II
      State Bar No. 07990180
      Attorneys for EL PASO LTACH
          PARTNERS, L.P.


## CERTIFICATE OF SERVICE

      I, Bernard R. Given, II, certify that a true and correct copy of the foregoing instrument was forwarded to the attached list of creditors and parties in interest (list not attached to the service copies) on the __Ja__ day of August, 2007.

_____
Bernard R. Given, II

Label Matrix for local noticing
0542-3
Case 07-30935-rcm
Western District of Texas
El Paso
Wed Aug 29 09:54:18 CDT 2007

Pan American General Hospital, L.L.C.
1221 N. Cotton
El Paso, TX 79902-3015

U.S. BANKRUPTCY COURT
P.O. BOX 971040
EL PASO, TX 79997-1040

3M Company
P.O. Box 200715
Dallas, TX 75320-0715

AAA Pest Control
9434 Viscount, Suite 108
El Paso, TX 79925-7053

ADP, Inc.
P.O. Box 78415
Phoenix, AZ 85062-8415

ADT
One Town Center Road
Boca Raton, FL 33486-1002

AFGA Corporation
Dept AT 952336
Atlanta, GA 31192-0001

AIV Inc.
7485 Shipley Ave.
Hanover, MD 21077-3154

AM Healthcare
330 Eubank
El Paso, TX 79902-1507

ARS Refrigeration Supply
3524 Gateway East
El Paso, TX 79905-1212

AT & T Long Distance
P.O. Box 660688
Dallas, TX 75266-0688

AT & T Wireless
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706-2851

AT & T-SWGH
P.O. Box 2969
Omaha, NE 68103-2969

Abbott Laboratories, Inc.
P.O. Box 100997
Atlanta, GA 30384-0997

Accent
P.O. Box 69006
Omaha, NE 68106-5006

Adac Laboratories
P.O. Box 406713
Atlanta, GA 30384-6713

Adac Medical Credit
P.O. Box 41601
Philadelphia, PA 19101-1601

Adrian D. Ramser
8301 Signal Peak
El Paso, TX 79904-2834

Advanced Professional Software
7901 Woodway Drive, Ste. 200
Waco, TX 76712-3898

Advanced Professional Software
7901 Woodway Drive, Suite 200
Waco, TX 76712-3898

Advanced Tele Data Service, Inc.
P.O. Box 8022
Tyler, TX 75711-8022

Advanced Temporaries, Inc.
P.O. Box 8022
Tyler, TX 75711-8022

Aetna Traditional c/o
The Rawlings Co., LLC
P.O. Box 740078
Louisville, KY 40201-7478

Aetna US Healthcare
151 Farmington Avenue
Hartford, CT 06156-0001

Aetna US Healthcare
P.O. Box 70966
Chicago, IL 60673-0001

Aetna-NCO Claim Overpayment
29406 Reliable Parkway
Chicago, IL 60686-0001

Aflac
1932 Wynnton Rd
Columbus, OH 31999-0002

Ainsa Hutson
5809 Acacia Circle
El Paso, TX 79912-4859

Air Cycle Corporation
Suite C
2000 S. 25th Street
Broadview, IL 60155-2820

Air Liquide America Corp.
12800 West Little York
Houston, TX 77041-4218

Airgas
P.O. Box 120333
Dallas, TX 75312-0333

Alberto Melgar, MD
1550 Hawkins
El Paso, TX 79925-2650

Alberto Montes
501 N. Chelsea
El Paso, TX 79903-5301

Alco Sales & Service Co.
6851 High Grove Blvd.
Burr Ridge, IL 60527-7579

Alfredo Alvarez
8447 Hartford
El Paso, TX 79907-7510

Ali & E Delivery Service
P.O. Box 10426
El Paso, TX 79995-0426

Alicia Alvarado
3749 Bell Wether
El Paso, TX 79936

Alicia Ruiz
5002 Quitman Ave
El Paso, TX 79903-3217

Alimed, Inc.
Accounts Receivable
297 High Street
Dedham, MA  02026-2852

Alltronics Integrated System
6501 Boeing, F-1
El Paso, TX 79925-1084

American Refrigeration Suppliers
P.O. Box 21127
Phoenix, AZ 85036-1127

Amista Salcido
14800 Kingston Drive
Horizon City, TX 79928-7210

Amy Mendoza
633 Dindinger #318
El Paso, TX 79927-3135

Amy R. Mendoza
633 Dindinger #318
El Paso, TX 79927-3135

Ana Isabel Aguilar
10456 Hodges Circle
El Paso, TX 79924-2405

Ana L. Duran
3305 Broker Bow St.
El Paso, TX 79936-1388

Ana L. Duron
3305 Broken Bow Street
El Paso, TX 79936-1388

Ana Valdez
214 Arbor
El Paso, TX 79915-4302

Anada, Inc.
2915 Weston Rd.
Weston, FL 33331-3627

Analytical C.S., Inc.
3 Butterfield Trail, Ste. 112
El Paso, TX 79906-4950

Anda, Inc.
2915 Weston Road
Weston, FL 33331-3627

Andrew Henry Pollia, Jr.
3800 N. Mesa Street #A2201
El Paso, TX 79902-1538

Andrew Henry Pollia, Jr.
3800 N. Mesa, Ste. A2201
El Paso, TX 79902-1538

Andrew Pinales
10405 Centaur
El Paso, TX 79924-2208

Andrew Sanchez
713 Spinfire
El Paso, TX 79912-1281

Angel Rubalcaba
3825 McConnell
El Paso, TX 79904-6116

Angelina Lee
7133 N. Mesa #114
El Paso, TX 79912-3605

Angelina Lee
7133 N. Mesa, Apt. 114
El Paso, TX 79912-3605

Angiodyamics Incorporated
603 Queensbury Ave.
Queensbury, NY 12804-7619

Antonia Ortiz
8337 Park Haven
El Paso, TX 79907-4311

Antonio Salcido
14800 Kingston
Horizon, TX 79928-7210

Apwu Health Plan
P.O. Box 3279
Silver Springs, MD 20918-3279

Argyle Welding Supply
10855 Pellicano
El Paso, TX 79935-4608

Armando A. Sifuentes
765 Delhi
El Paso, TX 79927-4223

Armando Beltran, MD
2022 Murchison Dr.
El Paso, TX 79902-3058

Armando Sifuentes
765 Delhi
El Paso, TX 79927-4223

Armida Matthias
10228 Aggie Court
El Paso, TX 79924-2925

Armida Matthias
10228 Aggie Ct.
El Paso, TX 79924-2925

Armstrong Medical Industries
575 Knightsbridge Pkwy.
P.O. Box 700
Lincolnshire, IL 60069-0700

Arsa Industries
4200 Rosa
El Paso, TX 79905-1413

Arthocare Corporation Dept.
CH 10785
Palatine, IL 60055-0001

Aspen Publishers
4829 Innovation Way
Chicago, IL 60682-0001

Aspen Publishers, Inc.
P.O. Box 64054
Baltimore, MD 21264-4054

Aspen Publishers, Inc.
P.O. Box 911
Frederick, MD 21705-0911

Assured Benefits
4100 Rio Bravo, Ste. 211
El Paso, TX 79902-1048

Aurora Gonzales
5724 Wren St.
El Paso, TX 79924-6617

Avaya, Inc.
Avaya Inc. Headquarters
211 Mt. Airy Road
Basking Ridge, NJ 07920-2311

Aventis Pasteur
P.O. Box 60244
Charlotte, NC 28260-0244

BC/BS
P.O. Box 1364
Chicago, IL 60690-1364

Barbara Torres
7767 Adobe
El Paso, TX 79915-2642

Baxter Healthcare Corp.
P.O. Box 730531
Dallas, TX 75373-0531

Beatriz Luna
806 Peru Place
El Paso, TX 79903-4931

Beck & Given, P.C.
5915 Silver Springs Dr., Bldg. 4
El Paso, TX 79912-4126

Bernardo Rosenbloom
6801 Secretariat Drive
El Paso, TX 79932-2633

Bio Rad Laboratories
875 Alfred Nobel, Ste. C
Hercules, CA 94547-1800

Bio Remedies
P.O. Box 971426
El Paso, TX 79997-1426

Biolucent
6 Journey, Ste .#325
Aliso Viejo, CA 92656-5320

Biomerieux, Inc.
P.O. Box 500308
St. Louise, MO 63150-0308

Biosphere Medical
1050 Hingham
Rockland, MA 02370-1076

Biotech Pharmacy, Inc.
118 W. Castellano
El Paso, TX 79912-6170

Black Employment and Educational Journal
5708 W. Pico Blvd., Ste. 1
Los Angeles, CA 90019-3708

Blue Cross of Texas
P.O. Box 5037
Naperville, IL 60567-5037

Blue Cross/Blue Shield
P.O. Box 660044
Dallas, TX 75266-0044

Blue Cross/Blue Shield
P.O. Box 805107
Chicago, IL 60680-3625

Boise Cascade Office Products
File 42256
Los Angeles, CA 90074-0001

Boston Scientific Corporate
Headquarters
One Boston Scientific Place
Natick, MA 01760-1536

Bracco Diagnostics
P.O. Box 101747
Atlanta, GA 30392-1747

Bruce Rossiter
813 Simplicity
Irvine, CA 92620-2854

Bryan Corporation
4 Plympton Street
Woburn, MA 01801-2917

Business Essentials
4940 Graeland Drive
El Paso, TX 79924-1104

Business Products Express
5717 Will Ruth Ste. 101
El Paso,TX 79924-5436

Butterworth & Macias, P.C.
600 Sunland Park Drive
Bldg. 2, Ste. 300
El Paso, TX 79912-5115

C Leasing
8340 Gateway
El Paso, TX 79907-1555

C Leasing
P.O. Box 99101
El Paso, TX 79999-9101

C.R. Bard, Inc.
P.O. Box 75767
Charlotte, NC 28275-0767

CBR Associates, Inc.
1415 Broad Street
Durham, NC 27705-3534

CPS-UHC
P.O. Box 983529
Dallas, TX 76397

Canawill, Inc.
P.O. Box 4795
Carol Stream, Il 60197-4795

Candelaria Dominguez
430 Tania
El Paso, TX 79927-3803

Carl Daniel Architects
1100 North Stanton, Ste. 500
El Paso, TX 79902-4155

Carlos Alarcon
2610 Justus St.
El Paso, TX 79930-4524

Carlos Cruz, Jr.
6444 Casper Ridge
El Paso, TX 79912-8129

Carlos Garcia, MD
1221 North Cotton
El Paso, TX 79902-3015

Carlos Garcia, MD
1550 Hawkins Blvd.
El Paso, TX 79925-2650

Carlos Henard
4826 Maureen Cir.
El Paso, TX 79924-6935

Carlos Henard
4826 Maureen Circle
El Paso, TX 79924-6935

Carlos R. Guerrero
12613 Perdiz Ln.
San Elizario, TX 79849

Carlos R. Guerrero
P.O. Box 1674
San Elizario, TX 79849-1674

Carlos Sanchez
713 Springfire Place
El Paso, TX 79912-1281

Carlos Villarreal, M.D.
10470 Vista Del Sol, #20
El Paso, TX 79925-7948

Carmen Ramirez
1256 Indiana
El Paso, TX 79930-1132

Carmen Villalobos
P.O. Box 1624
Anthony, NM 88021-1624

Carol Brown
9815 Honolulu
El Paso, TX 79925-6043

Carol Brown
9815 Honolulu Drive
El Paso, TX 79925-6043

Catalina Murillo
10962 Joe Dimaggio
El Paso, TX 79934-3257

Cathy Murillo
10962 Joe Dimaggio
El Paso, TX 79934-3257

Century Fire System
228 E. Sunset Road
El Paso, TX 79922-1020

Checker Cab El Paso, Inc.
P.O. Box 10135
El Paso, TX 79995-0135

Chemsearch
P.O. Box 971269
Dallas, TX 75397-1269

Christina E. Aguirre
4237 Park Hill
El Paso, TX 79902-1355

Christina L. Almanza
DBA Communicare Mgmt. Services
10644 Limas Drive
El Paso, TX 79935-2405

Christina L. Grau
4019 Cumberland Ave.
El Paso, TX 79903-1316

Christopher Browne
3650 Lovell Ave.
Ft. Worth, TX 76107-5638

City of El Paso
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205-1749

Clarissa Thornley
3135 20th Street
Boulder, CO 80304-2700

Clark, Thomas & Winters
Chase Bank Building
300 West 6th Street
Austin, TX 78701-3902

Clear Channel of El Paso
P.O. Box 847294
Dallas, TX 75284-7294

College of American Pathologists
325 Waukegan
Northfield, IL 60093-2750

Commercial Records Center
205 Ange
El Paso, TX 79901-1557

Compdata Surveys
1713 123rd Street
Olathe, KS 66061-5983

Computer & Word Processing Supply
1122 South LaCienega Blvd., Suite 106
Los Angeles, CA 90035

Condonics, Inc.
P.O. Box 71-4121
Columbus, OH 43271-0001

Cook Incorporated
22988 Network Place
Chicago, IL 60673-0001

Copy Machines, Inc.
2512 E. Yandell
El Paso, TX 79903-3723

Corporate Express
P.O. Box 71217
Chicago, IL 60694-1217

Cross Timers Corporation
P.O. Box 14559
Baton Rouge, LA 70898-4559

Cummins Rocky Mountain LLC
Lock Box 123
Denver, CO 80201-0123

Curbell
Electronics Division
7 Cobham Drive
Orchard Park, NY 14127-4101

DRE
1800 Williamson Court
Louisville, KY 40223-4114

Da Vita, Inc.
Total Renal Care
P.O. Box 403008
Atlanta, GA 30384-3008

Dade Behring
800 GBC Drive
Newark, DE 19702

Dade Behring Financial Serv.
P.O. Box 676005
Dallas, TX 75267-6005

Daniel Castillo
1820 Montana #22
El Paso, TX 79902-5742

Daniel Flores
589 Kearney Way
El Paso, TX 79928-8206

Daniel Garcia
10029 Galveston Dr.
El Paso, TX 79924-3714

David Avalos
2626 Federal #2
El Paso, TX 79930-3102

David Avalos
2626 Federal Apt. 2
El Paso, TX 79930-3102

David Buchmueller
5817 Villa Cuesta Drive
El Paso, TX 79912-6610

David G. Torres
4855 Los Reales Dr.
El Paso, TX 79912-6025

Davis Enterprises
A Division of Aredco, Inc.
521 S. 3rd Street
Phoenix, AZ 85004-2512

Debra Mora
15312 Fairwood Ct.
El Paso, TX 79928-7022

Debra Mora
8160 La Paloma Dr.
El Paso, TX 79907-7413

Del Sol Medical Center
P.O. Box 409300
Atlanta, GA 30384-9300

Dela Consulting & Transcription
1013 Wall Road
El Paso, TX 79915-1012

Delta Medical Specialties
P.O. Box 370040
El Paso, TX 79937-0040

Dental Network of America, Inc.
Two Transam Plaza Drive
Oakbrook Terrac, IL 60181-4275

Department of Veterans Affairs
5001 N. Piedras
El Paso, TX 79930-4210

Deputy Orthopaedica
5972 Collections Center Drive
Chicago, IL 60693-0059

Desert Healthcare Limited
c/o Beck & Given, P.C.
5915 Silver Springs, Bldg. 4
El Paso, TX 79912-4126

Dolores Duran
972 Agua Prieta
El Paso, TX 79907-3304

Dolores Mata
P.O. Box 221045
El Paso, TX 79913-4045

Dolores Vasquez
3220 El Morro
El Paso, TX 79904-3007

Dr. Mario Padilla
1300 Murchison, Suite 100
El Paso, TX 79902-4800

Draffin & Tucker, LLP
P.O. Box 6
Albany, GA 31702-0006

Dust Tex-Rental
2631 Wyoming
El Paso, TX 79903-3913

Dynacare Laboratories, Inc.
P.O. Box 844441
Dallas, TX 75284-4557

EBI
P.O. Box 8500-9845
Philadelphia, PA 19178-0001

Eash Systems and Support
12317 Rosa Road
San Elizario, TX 79849-7322

Ecolab
P.O. Box 70343
Chicago, IL 60673-0001

Eduardo A. Velez
317 Colmillo Dr.
El Paso, TX 79907-4143

Eduardo Martinez
14146 North Loop
Clint, TX 79836-5303

Eduardo Velez
317 Colmillo
El Paso, TX 79907-4143

Education Video Network
1401 19th Street
Huntsville, TX 77340-5057

Edward Juarez, M.D.
2311 N. Mesa, Ste. J
El Paso, TX 79902-3575

El Diario
1801 Texas Ave.
El Paso, TX 79901-1811

El Diario
Paso Del Norte Publishing
1801 Texas Avenue
El Paso, TX 79901-1811

El Paso City-County Health and
Environmental District
5115 El Paso Drive
El Paso, TX 79905-2818

El Paso Clinical Lab
P.O. Box 27813
Albuquerque, NM 87125-7813

El Paso Diabetes Association
2001 N. Oregon St.
El Paso, TX 79902-3320

El Paso Disposal
5110 Dept. 1433
Los Angeles, CA 90084-0001

El Paso Electric Co.
P.O. Box 20982
El Paso, TX 79998-0982

El Paso First Group Health
2501 North Mesa
El Paso, TX 79902-3129

El Paso Food Service
1705 E. Mills
El Paso, TX 79901-1827

El Paso LTAC Partners, L.P.
1221 N. Cotton, 3rd Fl.
El Paso, TX 79902-3015

El Paso Medical Equipment
3221 Wayside
El Paso, TX 79936-1918

El Paso Shred Corp.
6250 Modesto
El Paso, TX 79932-1140

El Paso Times, Inc.
P.O. Box 20
El Paso, TX 79999-0020

El Paso Vinton Diagnostics, P.A.
1155 N. Zaragoza Rd. #C-107
El Paso, TX 79907-1815

El Paso Water Utilities
P.O. Box 511
El Paso, TX 79961-0001

Elder Health
3601 O'Donnel Street
Baltimore, MD 21224-5238

Electro Medical Analysis
P.O. Box 386
Kirbyville, TX 75956-0386

Elva Contreras
1321 Chadbourne St.
El Paso, TX 79903-3205

Elva Contreras
6105 Los Siglos
El Paso, TX 79912-7509

Enrique Melendez
10309 Album
El Paso, TX 79925-5501

Entravision Communications
5426 N. Mesa
El Paso, TX 79912-5421

Eric Araiza
10971 Donna Marie
El Paso, TX 79927

Ernie Domench
115 George St.
Silsbee, TX 77656-5918

Ernie Wilson
13937 Desert Song Drive
El Paso, TX 79928-7262

Esperanza Valadez
213 Argonaut Dr. #110
El Paso, TX 79912-6066

Evelia Chaparro
P.O. Box 202 123 Crested
Santa Teresa, NM 88008-0202

Exp Pharmaceutical Serv. Corp.
P.O. Box 90460
San Jose, CA 95109-3460

Express Office Products
10000 Chezelle Dr.
El Paso, TX 79925-5410

Extended Stay America #886
6580 Montana Ave.
El Paso, TX 79925-2129

FFF Enterprises
41093 County Center Drive
Temecula, CA 92591-6025

Facts & Comparisons
P.O. Box 1590
Hagerstown, MD 21741-1590

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094-4515

Felipe Silva
P.O. Box 1304
Fabens, TX 79838-1304

Fidelity Leasing, Inc.
P.O. Box 736
Midtown Station
New York, NY 10018-0025

Financial Corporation of America
P.O. Box 16468
Austin, TX 78761-6468

Fisher Scientific Company, LLC
P.O. Box 3970
Johns Creek Ct., Ste. 500
Sywanee, GA 30024

Fore Transcriptions USA, Inc.
2037 Gus Morgan Street
El Paso, TX 79936-4041

Foret Companies
118 N. Piedras
El Paso, TX 79905-1017

Frank Dombrowski, Jr.
1212 Windridre
El Paso, TX 79912-7347

Fredi Fong
1726 Robert Wynn
El Paso, TX 79936-4706

Fredi S. Pardillo-Fong
1726 Robert Wynn
El Paso, TX 79936-4706

Fresenius Medical Care
DMA El Paso
1225 East Cliff Drive
El Paso, TX 79902-4732

G&S 5 L.P.
c/o Frank M. Correll, Jr. Esq.
260 S. Broad St.
Philadelphia, PA 19102-5021

G&S 5 L.P.
c/o Robert R. Feuille
201 E. Main, 11th Fl.
El Paso, TX 79901-1325

GE Healthcare Financial Services
P.O. Box 641419
Pittsbursh, PA 15264-1419

GE Medical Systems Info Tech
Information Technologies
Attn: Accounts Rec. Bin #265
Milwaukee, WI 53288-0001

GMAC Smart Buy
P.O. Box 8127
Cockeysville, MD 21030-8127

George Juarez
2801 Eads
El Paso, TX 79935-1811

Gerald F. Higgins
10548 Texwood
El Paso, TX 79925-7368

Gerardo Garcia
8521 San Miguel
El Paso, TX 79907-6119

Gettinge USA, Inc.
1265 Solutions Center
Chicago, IL 60677-1002

Gilbert Oliver
3412 Proud Eagle
El Paso, TX 79936-1233

Glen L. Grimsley
1108 Los Jardines Cir.
El Paso, TX 79912-1943

Glenn Grimsley
1108 Los Jardines Circle
El Paso, TX 79912-1943

Global Computer Supplies
A Systemax Company
11 Harbor Park Drive
Port Washington, NY 11050-4656

Global Dosimetry Solutions, Inc.
A Systemax Company
11 Harbor Park Drive
Port Washington, NY 11050-4656

Gloria Perez
9709 Gardenia Ct.
El Paso, TX 79925-4626

Gloria R. Diaz
1205 Wagner Lane
El Paso, TX 79903-3342

Gold Pages/Paso Del Norte
1522 Montana Ave.
El Paso, TX 79902-5648

Gordon & Mott, P.C.
P.O. Box 1322
El Paso, TX 79947-1322

Gracie Reyes
3705 Fillmore Ave.
El Paso, TX 79930-5929

Guadalupe Quintero
10532 Darin Road
El Paso, TX 79925-1713

Guadalupe Regalado, Jr.
3720 Las Casitas
El Paso, TX 79938-9451

Guadalupe Vargas
923 Madtone
El Paso, TX 79907-2964

Guerbet, LLC
1185 West 2nd Street
Bloomington, IN 47403-2160

Guidant Sales Corporation
4100 Hamline Ave. North
St. Paul, MN 55112-5798

Guillermo Pinzon, MD
7878 Gateway East, Suite 103
El Paso, TX 79915-1802

Gulf Coast Hyperbarics, Inc.
Medical Systems
1100 W. 26th Street
Lynn Haven, FL 32444-4733

Gulf South Medical Supply
P.O. Box 841968
Dallas, TX 85285-1968

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa St.
El Paso, TX 79912-6150

HBO Associates, LLC
c/o Dr. Miguel Barron
3030 Gateway East
El Paso, TX 79905-1014

HCFS, Inc.
14285 Midway Rd., Ste. 280
Addison, TX 75001-3650

Hanger Prosthetics & Orthotics
DBA Orthopedic Services, Inc.
1302 N. Stanton
El Paso, TX 79902-4122

Health Care Systems, Inc.
5755 Carmichael Pkwy.
Montgomery, AL 36117-2344

Healthcare Concepts, Inc.
1575 Delucchi Land, Ste. 207-B
Reno, NV 89502-6563

Healthcare Payment Specialists
1456 N. Kennymead
Orange, CA 92869-1746

Healthpoint
P.O. Box 910733
Dallas, TX 75391-0733

Hector A. Beltran
The Beltran Law Firm
619 Arizona Ave.
El Paso, TX 79902-4305

Hector Gutierrez
1150 Whitaker
El Paso, TX 79902-2127

Heramb Singh, MD
7920 Doniphan Rd.
Vinton, TX 79821-7628

Hilda Rios
5114 Jerry Dr.
El Paso, TX 79924-5820

Hilgers & Watkins
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701-4289

Hill-Rom
Hill-Rom Corporate Offices
1069 State Route 46 East
Batesville, IN 47006-9167

Holden Graphic Services
607 Washington Ave. N.
Minneapolis, MN 55401-1220

Hortencia Contreras
11600 Cedar Crest
El Paso, TX 79936-6513

Hugo Olmos
2156 Septiembre
El Paso, TX 79935-2512

Hugo Olmos
2504 Gene Littler
El Paso, TX 79936-2710

Humana Insurance Company
P.O. Box 0856
Carol Stream, IL 60132-0001

Huntleigh Healthcare
40 Christopher Way
Eatontown, NJ 07724-3327

IBM Corporation
1 New Orchard Road
Armonk, NY 10504-1783

IBM Credit Corporation
North Castle Drive
Armonk, NY 10504-2575

IBM Credit Corporation
North Castle Drive
Armonk, NY 10504

Imeth Betancourt
5716 Oran Ct. #119
El Paso, TX 79924-5519

Immucor, Inc.
2990 Gateway Drive
Norcross, GA 30071-1141

Ingenix
P.O. Box 27116
Salt Lake City, UT 84127-0116

Innovations
500 S. Mesa, #247
El Paso, TX 79901-2714

Innovazione
500 S. Mesa, Ste. 247
El Paso, TX 79901-2714

Intelistaf Healthcare
1373 Network Place
Chicago, IL 60673-0001

Intergra Life Sciences
P.O. Box 404129
Atlanta, GA 30384-4129

Intergrated Medical Systems
1823 27th Ave. South
Birmingham, AL 35209-1962

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Limb & Brace
3727 E. Montana Ave.
El Paso, TX 79903-4503

Inverness Medical
331 S. 104th Street
Louisville, CO 80027-9713

Invivo MDE
P.O. Box 91=7733
Orlando, FL 32891-7733

Isabella Foods
1133 Barranca Drive
El Paso, TX 79935-5001

Iverness Medical Prof.
Diagnostic Dept Ch 10664
Palatine, IL 60055-0001

J & J Health Care Systems, Inc.
5972 Collections Center Dr.
Chicago, IL 60693-0059

J&H Hyperbaric Solutions, L.L.C.
c/o Jesse Clay
6547 North Academy Blvd. #481
Colorado Springs, CO 80918-8342

J&S Hyperbaric Solutions, L.L.C.
c/o Jesse Clay
6547 North Academy Blvd. #481
Colorado Springs, CO 80918-8342

JDW Insurance
P.O. Box 981021
El Paso, TX 79998-1021

JLT
3117 Rosa
El Paso, TX 79905-1023

JMS Plastics Supply, Inc.
3535 Route 66
Bldg #4
Neptune, NJ 07753-2625

JR Services
226 Myrtle
El Paso, TX 79901

Jackie Almanza
7511 Howard #B
El Paso, TX 79904-3717

Jackie M. Almanza
7511 B. Howard
El Paso, TX 79904-3717

James, Goldman & Haugland, P.C.
P.O. Box 1770
El Paso, TX 79949-1770

Javier Ramirez
11808 Charter Park
El Paso, TX 79936-0678

Jesse M. Holguin, Jr.
3259 Lebanon Ave.
El Paso, TX 79930-4407

Jesus Enrique Salcido
12080 Chato Villa
El Paso, TX 79936-0215

Jesus Meraz
11037 Wedge Lane
El Paso, TX 79934-3131

Jesus Vicente Martinez
1508 Wainwright Dr.
El Paso, TX 79903-3323

Jesusita Villegas Vasquez
436 Fresno Drive
El Paso, TX 79907-5855

Joaquin Dominguez
2712 Fierro
El Paso, TX 79935-1904

John Falkner
8105 Monte Bella Place
Franklin, TN 37067-5889

John Soto
201 George Orr
El Paso, TX 79915-4157

John Wayne Campbell
7036 Casa Loma
El Paso, TX 79912-4306

Joint Commission
P.O. Box 92775
Chicago, IL 60675-0001

Jonathan Rosas
Maria P. Rosas
1222 N. Laurel
El Paso, TX 79902-5118

Jones, Nale & Mattingly, PLC
642 South Fourth Ave., Ste. 300
Louisville, KY 40202-2477

Jorge A. Velez
317 Colmillo
El Paso, TX 79907-4143

Jorge A. Velez
317 Colmillo Dr.
El Paso, TX 79907-4143

Jose Espinosa, MD
1031 N. Zaragosa Rd.
El Paso, TX 79907-1829

Jose Gardea, Jr.
5320 Tamara
El Paso, TX 79938-8678

Josefina Morgan
6540 Aztec
El Paso, TX 79925-2120

Josefina Morgan
8540 Aztec
El Paso, TX 79925

Joseph Laban Wright
224 Clairemont
El Paso, TX 79912-5369

Juan F. Martinez
6131 Trowbridge
El Paso, TX 79905-2113

Juan Gonzalez, D.P.M.
1501 Arizona, 15A
El Paso, TX 79902-5011

KCI USA
P.O. Box 203086
Houston, TX 77216-3086

KINT FM
5426 N. Mesa
El Paso, TX 79912-5442

KTSM-TV 9/Comcorp of El Paso
801 N. Oregon St.
El Paso, TX 79902-4001

Kar Products
Dept. CH 14117
Palatine, IL 60055-0001

Kathleen Boyd
6071 Bridal Vail
El Paso, TX 79924-3514

Key Equipment
P.O. Box 203001
Houston, TX 77216-3001

Kin Do Wong, PA
P.O. Box 907
Van Horn, TX 79855-0907

LCNEP Publishing Company
P.O. Box 1169
1255 N. Country Club Dr., Ste. A
Santa Teresa, NM 88008-9707

LULAC Project Amistad
Cortez Building 310 N. Mesa, Suite 520
El Paso, TX 79905

Lab Corp.
231 Maple Ave.
Burlington, NC 27215-5848

Lab One, Inc.
P.O. Box 801159
Kansas City, MO 64180-0001

Laboratory Corporation of America
231 Maple Ave.
Burlington, NC 27215-5848

Laboratory Corporation of American
231 Maple Ave.
Burlington, NC 27215-5848

Landauer, Inc.
2 Science Rd.
Glenwood, IL  60425-1586

Lara & Robertson Incorporated
800 Wyoming, Ste. B
El Paso, TX  79902

Larry Chris Garcia
6817 Pearl Ridge
El Paso, TX 79912-7257

Leonardo Svarzbein, M.D.
807 Live Oak
El Paso, TX 79932-2507

Leopoldo Carrillo
1411 W. Yandell
El Paso, TX 79902-3655

Leopoldo Martinez, Jr.
11420 Lake Nemi Dr.
El Paso, TX 79936-3953

Leroy C. Turner
4549 R.T. Cassidy Dr.
El Paso, TX 79924-6815

Leticia Velasco
1311 Overland
El Paso, TX 79901-2633

Letty Velasco
1311 Overland
El Paso, TX 79901-2633

Lidia Chavez
11508 Caballo Lake
El Paso, TX 79936-3346

Life Ambulance Service
P.O. Box 26486
El Paso, TX 79926-6486

Lilia Moffitt
11801 Archer Tower
El Paso, TX 79936-2630

Lindsey Caston
6869 Enid Court, Apt. 90
El Paso, TX 79912-3129

Lisa Puga
6044 Sorrento
El Paso, TX 79924-4226

Lisa Realy Vasquez
6353 Normandy
El Paso, TX 79925-1804

Lorena Gonzalez
6400 Edgemere Blvd. Apt. 83
El Paso, TX 79925-3539

Lorena Gonzalez
6400 Edgemere Blvd., Apt. #83
El Paso, TX 79925-3539

Lorri Dobi Lister
6071 Bridal Veil Dr.
El Paso, TX 79924-3514

Lucia P. Chacon
1412 Cloudridge
El Paso, TX 79912-7700

Luis A. Ayo, MD
1800 N. Stanton
El Paso, TX 79902-3548

Luis Rodriguez, M.D.
1714 E. Yandell Dr # B
El Paso, TX 79902-5715

Luis Rodriguez, MD
1221 North Cotton
El Paso, TX 79902-3015

Luis Rosales
4600 Fairbanks
El Paso, TX 79924-3740

Luis Sanchez
925 East Robinson
El Paso, TX 79902-2210

Luis Solis
7862 Broadway
El Paso, TX 79915-4003

Lupe Quintero
10532 Darin
El Paso, TX 79925-1713

Luz A. Garcia
7321 Benson
El Paso, TX 79915-1441


Lyon Financial Services, Inc., as successor
servicer for DVI Receivables XV, LLC
C/O Martin J. Lehman
8350 N. Central Expressway; Suite 1111
Dallas, Texas 75206-1625

M. Tai Lam
11133 Leo Collins
El Paso, TX 79936-4630

M2 Capital Ventures
5634 Circle View Drive
Bonsall, CA 92003-5301


M2 Capital Ventures, Inc.
Bruce Rossiter
813 Simplicity
Irvine, CA 92620-2854

MMI Campus Bookstore
11405 Old Roswell Rd.
Alpharetta, GA 30004-2054

Ma Guadalupe Vargas
923 Madtone
El Paso, TX 79907-2964


Mail Handlers
P.O. Box 44242
Jacksonville, FL 32231-4242

Mallinckrodt, Inc.
P.O. Box 730356
Dallas, TX 75373-0356

Man Tai Lam, MD
11133 Leo Collins
El Paso, TX 79936-4630


Mannie Kalman
701 N. St. Vrain
El Paso, TX 79902-5419

Manuel Nevarez
4601 King Arthur
El Paso, TX 79903-1500

Margie Torres
760 Colchester
El Paso, TX 79912-7059


Maria Elia Maldonado
14109 DeStefano
El Paso, TX 79928-5584

Maria Guadalupe Vargas
923 Madtone
El Paso, TX 79907-2964

Maria Gurruola
1700 Arizona #7
El Paso, TX 79902-5157


Maria Irene Romero
12044 Valley Quail
El Paso, TX 79936-6382

Maria Lourdes Balderrama
3226 Savannah
El Paso, TX 79930-4437

Maria N. Leyba
260 Yolanda
El Paso, TX 79915-4532


Maria Perez
2705 Federal
El Paso, TX 79930-3103

Maria de Jesus Gurrola
1700 Arizona #7
El Paso, TX 79902-5157

Maria de Lourdes Balderrama
3226 Savannah
El Paso, TX 79930-4437


Maribel Ortiz
3514 Douglas
El Paso, TX 79903-2716

Mario Padilla, M.D.
1300 Murchison Dr. #100
El Paso, TX 79902-4800

Mario Padilla, MD
1300 Murchison Dr. #100
El Paso, TX 79902-4800


Marisela Flores
9304 W.H. Burges
El Paso, TX 79925-6613

Marisela Flores
9304 W.H. Burgess
El Paso, TX 79925-6613

Maritain Health Recovery Dept.
P.O. Box 1260
Amherst, NY 14226-7260

Market Lab
P.O. Box 888374
Kentwood, MI 49588-8374

Marta Moncayo
11704 Lodge Court
El Paso, TX 79936-3789

Marta Mora
11704 Lodge Court
El Paso, TX 79936-3789

Martin Delgado
2735 Portland Ave.
El Paso, TX 79930-2812

Marvelyn M. Smith, CPA
1750 Finlady Rd.
Pinehurst, GA 31070

Masune Inc., First Aid & Safety
500 Fillmore Avenue
Tonawanda, NY 14150-2509

Matthew Bender & Co.
P.O. Box 7247-0178
Philadelphia, PA 19170-0001

Maureen Marchena Vega
4233 Park Hill Drive
El Paso, TX 79902-1355

Maverick Fire Protection of Texas, LLC
601 Montana
El Paso, TX 79902-5303

Mayamax Rehab
6044 Gateway East, Ste. 411
El Paso, TX 79905-2037

McKesson Automation, Inc.
700 Waterfront Dr.
Pittsburgh, PA 15222-4742

McKesson Drug Co.
One Post Street
San Francisco, CA 94104-5277

Mckesson General Medical Corp.
Dept. 0701
P.O. Box 120001
Dallas, TX 75312-0701

Medala
Medala, Inc.
1101 Corporate Dr.
P.O. Box 660
McHenry, IL 60051-0660

Medastat USA, L.L.C.
1920 Stanley Gault Pkwy
Ste. 100
Louisville, KY 40223-4209

Medcast Home Infusion & DME
7501 Lockheed
El Paso, TX 79925-2458

Medica-Rents Company
2831 Bledsoe
Forth Worth, TX 76107-2901

Medical Arts Press
8500 Wyoming Ave. N
Minneapolis, MN 55445-1831

Medical Data Electronics
12723 Wentworth Street
Arleta, CA 91331-4330

Medical Device Technologies
3600 SW 47th Ave.
Gainsville, FL 32608-7555

Medical Imaging Technologies
P.O. Box 77273
Colorado Springs, CO 80970-7273

Medical Learning Incorp.
287 East Sixth Street, Ste.400 St.
Paul, MN 55101-1658

Medical Management Services
1612 Lee Trevino, Ste. D
El Paso, TX 79936-5177

Medical Staffing Network
P.O. Box 840416
Dallas, TX 75284-0416

Medical Stor
25701 Jefferson
St. Clair Shores, MI 48081-2352

Mediq/PRN
One Mediq Plaza
Pennsauken, NJ 08110

Medline Industries, Inc.
Attn: Anne Kisha
One Medline Pl.
Mundelein, IL 60060-4486

Medline Industries, Inc.
Attn: Anne Kisha
One Medline Place
Mundelein, IL 60060-4486

Medronic Physio Control
11811 Willows Rd., NE
P.O. Box 97006
Redmond, WA 98073-9706

Medstat USA, LLC
1920 Stanley Gault Pkwy Ste. 100
Louisville, KY 40223-4209

Medtronic Danek
1800 Pyramid Place
Memphis, TN 38132-1719

Mercedes Medical
P.O. Box 850001
Orlando, Fl 32885-0001

Meridian Medical Supply, Inc.
1815 Montana Ave.
El Paso, TX 79902-5719

Merit Medical
1600 West Merit Parkway
South Jordan, UT 84095-2416

Mignon Grimsley
1108 Los Jardines Cir.
El Paso, TX 79912-1943

Miguel A. Luna
5605 Upper Valley Rd.
El Paso, TX 79932-3038

Miguel Angel Luna
5605 Upper Valley Rd.
El Paso, TX 79932-3038

Miguel L. Barron, MD
1717 Brown St. 1-A
El Paso, TX 79902-4730

Mike Garcia Merchant Security
6000 Welch Ave., Ste. 11
El Paso, TX 79905-1836

Mike Gervais G&S GP, LLC
2001 Waterford Rd.
Yardley, PA 19067-5430

Milena M. Arredondo
3000 E. San Antonio
El Paso, TX 79905-3524

Millipore
2736 Paysphere Circle
Chicago, IL 60674-0027

Minority Business Today
19528 Ventura Blvd., Ste. 627
Tarzana, CA 91356-2917

Mitek Products
4206 Collections Center Drive
Chicago, IL 60693-0042

Mobile Instrument Service
333 Water Ave.
Bellefontaine, OH 43311-1733

Moblie Mini
11150 Gateway East, Ste. A/B
El Paso, TX 79927-8705

Modern Laboratory Services
4300 Stine Rd., Bldg. #209
Bakersfield, CA 93313-2352

Mongaup Technologies
10 Lake St.
Kauneonga Lake, NY 12749

Monica Romero
4565 Loma Colorado Court
El Paso, TX 79934-4142

Moore
135 S. La Salle
Dept. 4904
Chicago, IL  60674-4904

Mounce Green Myers Safi & Gala
P.O. Box 1977
El Paso, TX  79950-1977

Mountain States Publishing
P.O. Box 93847
Albuquerque, NM 87199-3847

Mutual of Omaha
P.O. Box 1602
Omaha, NE 68101-1602

Muzicom
Muzak of El Paso
424 Executive Center #115
El Paso, TX 79902-1041

National Medical Hospital
11291 Washington Blvd.
Culver City, CA 90230-4615

Net Health Systems, Inc.
40 24th St.
4th Floor
Pittsburgh, PA 15222-4600

Nextel Communications
P.O. Box 660075
Dallas, TX 75266-0075

Night Eyes Protection Services
2407 E. Yandell St. C
El Paso, TX 79903-3625

Nobel Medical Inc.
11623 West Blumound Rd.
Waumatosa, WI 53226-3936

Nobel-Sysco Food Services Co.
P.O. Box 25887
Albuquerque, NM 87125-0887

Norma C. Chavez
3910 Emory Dr. #A
El Paso, TX 79922-1906

Norma Celina Chavez
3910 Emory Dr.
El Paso, TX 79922-1906

Norma Morales
8725 Ahumada
El Paso, TX 79927

Norma Morales
9725 Ahumada Dr.
El Paso, TX 79927-2500

Novis Pharmaceuticals, LLC
P.O.Box 102592
Atlanta, GA 30368-2592

Nursefinders
P.O.Box 910738
Dallas, TX 75391-0738

Office Experts
1427 E. Missouri Ave.
El Paso, TX 79902-5602

Office Furniture Liquidators
11501 'C' Rojas
El Paso, TX 79936-6900

Office Machines, Inc.
1168 Barranca Dr.
El Paso, TX 79935-5002

Olympus America, Inc.
Dept. 0600
P.O. Box 120600
Dallas, TX 75315

Olympus Financial Services
2 Corporate Center Drive
Melville, NY 11747-3114

Orthofeet, Inc.
152A Veterans Drive
Northvale, NJ 07647-2307

Oscar L. Mendizabal
1253 Amber Morgan
El Paso, TX 79936-7858

Osmetech, Inc.
235 Hambree Park Drive, Suite 200
Roswell, GA 30076-5700

Owens & Minor
File No. 53523
Los Angeles, CA 90074-0001

PAD/Red Book
P.O. Box 51564
Los Angeles, CA 90051-5864

PDR/Red Book
P.O. Box 51564
Los Angeles, CA 90051-5864

Palmetto Government Benefits
Tricare Region 2/5 Finance AA-
P.O. Box 100278
Columbia, SC 29202

Pamela Guerra
7032 El Cajon
El Paso, TX 79912-4346

Paola G. Llerena
601 South Mesa Hills, Apt. 1121
El Paso, TX 79912-5546

Parts Source, LLC
1930 Case Parkway North
Twinsburg, OH 44087-2342

Patricia Williams
4636 Junction
El Paso, TX 79924-2956

Paul A. Nathan, Jr.
1309 James Kelly Dr.
El Paso, TX 79936-7412

Paul Kisucky, CRNA
5309 Lottie Lane
El Paso, TX 79932-3037

Pediatrix Medical Group, Inc.
Attn: Michele Salerno
P.O. Box 559005
Sunrise, FL 33355-9005

Pena Vogel Briones & Co.
4171 N. Mesa, Ste. 8100
El Paso, TX 79902-1444

Perry Redding, MD
1608 Jolla Del Sol
El Paso, TX 79911-3005

Philips Medical Systems HSG
P.O. Box 406538
Atlanta, GA 30384-6538

Phillip W. Norris
3500 Lake Powell Drive
Arlington, TX 76016-3509

Phyllis Bracher
Chapter 13 Trustee
P.O. Box 210
Memphis, TN 38101-0210

Pitney Bowes Credit Corp.
P.O. Box 856390
Louisville, KY  40285-6390

Positive Promotions
15 Gilpin Ave.
Hauppauge, NY 11788-4723

Precision Dynamics Corporation
13880 Del Sur Street
San Fernando, CA  91340-3490

Precision Endoscopy of America
P.O. Box 213
Hunt Valley, MD 21030-0213

Preferred Medical Services
11551 Chito Samaniego
El Paso, TX 79936-7424

Premium Assignment Corporation
P.O. Box 3100
Tallahassee, FL  32315-3100

Pricewaterhouse Coopers, LLP
P.O. Box 676384
Dallas, TX  75267-6384

Products for Surgery, Inc.
4800 S.E. Loop 820
Forest Hill, TX 76140-1505

Professional Document Systems
320 Texas, 3rd Fl.
El Paso, TX 79901-1408

Progressive Business Publications
370 Technology Dr.
P.O. Box 3019
Malvern, PA 19355-0719

Promo Publicity
800 Arredondo Drive
El Paso, TX 79912-1447

Pronto Plumbers, Inc.
1120 East Yandell
El Paso, TX 79902-5562

Property Tax Associates
1801 E. Wyoming Avenue, Suite 201
El Paso, TX 79902-5707

Providence Memorial Hospital
2001 North Oregon
El Paso, TX 79902-3320

Prudential Overall Supplys
P.O.Box 11210
Santa Ana, CA 92711-1210

Purchase Power
P.O. Box 856042
Louisville, KY  40285-6042

Quest Diagnostics
P.O. Box 841725
Dallas, TX  75284-1725

Quinton (Heart Company)
3303 Monte Villa Parkway
Bothell, WA 98021-8969

Rachel Duran
3415 Porter
El Paso, TX 79930-4639

Rachel Lopez
12400 Nancy Lee
El Paso, TX 79928-1716

Radiological Physics
4333 Donnybrook Place
El Paso, TX 79902-1312

Radiometer America, Inc.
13217 Collections Center Drive
Chicago, IL 60693-0132

Radiometer America, Inc.
810 Sharon Drive
Westlake, OH 44145-1598

Raquel Lopez
12400 Nancy Lee
El Paso, TX 79928-1716

Raul C. Godoy
5136 Tropicana Ave.
El Paso, TX 79924-3316

Raul Godoy
5136 Tropicana Ave.
El Paso, TX 79924-3316

Regal Supply & Chemical
1801 Texas Ave.
El Paso, TX 79901-1811

Regency Printing, Inc.
2020 N. Piedras
El Paso, TX 79930-3236

Regina Marie Macato
9412 Montrose Court, #7
El Paso, TX 79925-2728

Resolution Consulting, Inc.
7331 Petursdale Court
Boulder, CO 80301-3834

| | | |
|---|---|---|
| Respironics<br>P.O. Bo x640817<br>Pittsburgh, PA 15264-0817 | Ricardo Chavez<br>11712 Snowhawk<br>El Paso, TX 79936-0330 | Ricardo R. Chavez<br>11712 Snowhawk<br>El Paso, TX 79936-0330 |
| Richard A. Olivo<br>421 Executive Center Blvd.<br>El Paso, TX 79902-1003 | Richard Loera<br>1328 Sabrina Lynn<br>El Paso, TX 79936-7401 | Rio Grande Ambulance Services<br>120 Rim Rd.<br>El Paso, TX 79902-3515 |
| Rita Castaneda<br>12285 El Greco<br>El Paso, TX 79936-0202 | Rita Medical Systems, Inc.<br>46421 Landing Parkway<br>Fremont, CA 94538-6496 | Robert Moreno, MD<br>2022 Murchison #104<br>El Paso, TX 79902-3058 |
| Roberto Canales, M.D.P.A.<br>1733 Cuire Drive, #103<br>El Paso, TX 79902-2909 | Robin Fravel<br>36 West, 1970 North<br>Tooele, UT 84074-8826 | Roche Diagnostics Corporation<br>P.O. Box 75341<br>Chicago, IL 60675-5341 |
| Rocio C. Lopez<br>8937 Mt. Delano Dr.<br>El Paso, TX 79904-1501 | Rocio Cecilia Lopez<br>8937 Mt. Delano Dr.<br>El Paso, TX 79904-1501 | Roger Mosley<br>4220 A Titanic<br>El Paso, TX 79904-2725 |
| Roger Mosley<br>4220 A. Titanic Ave.<br>El Paso, TX 79904-2725 | Ronald Perkins<br>10360 Menzies<br>El Paso, TX 79924-2512 | Rosa Ribera<br>2421 San Jose<br>El Paso, TX 79930-1222 |
| Rosa Rivera<br>2421 San Jose Ave.<br>El Paso, TX 79930-1222 | Rosa Rodriguez<br>3321 Wyoming<br>El Paso, TX 79903-4229 | Ross Products<br>755 Remittance Dr., Ste. 1310<br>Chicago, IL 60675-1310 |
| Royalty Management<br>3132 Eads<br>El Paso, TX 79935-1502 | RxWest<br>7472 S. Tucson Way, Suite 100<br>Centennial, CO 80112-3964 | SBC Smart Yellow Pages<br>P.O. Box 630052<br>Dallas, TX 75263-0052 |
| SWGH Rep El Paso<br>813 Simplicity<br>Irvine, CA 92620-2854 | SWGH-REP, L.P.<br>Bruce Rossiter<br>813 Simplicity<br>Irvine, CA 92620-2854 | Sachem Safety Products<br>P.O. Box 292280<br>Davie, FL 33329-2280 |
| Scott Williams<br>P.O. Box 1000<br>Anthony, NM 88021-9898 | Sebastian T. Padron, M.D.P.A.<br>6510 Pemview<br>San Antonio, TX 78240-2553 | Sergio Polanco<br>5472 Fire Ridge Cir<br>El Paso, TX 79932-1473 |

| | | |
|---|---|---|
| Service Solutions<br>P.O. Box 100494<br>Atlanta, GA 30384-0494 | Seton Identification Products<br>P.O. Box 95904<br>Chicago, IL 60694-5904 | Shinping Chyi<br>6452 Amposta Drive<br>El Paso, TX 79912-1813 |
| Sierra Medical Center<br>1625 Medical Center Street<br>El Paso, TX 79902-5044 | Simplex Grinell<br>c/o Mellon Bank Dept.<br>Ch. 10320<br>Palatine, IL 60055-0001 | Sims Deltec, Inc.<br>P.O. Box 8500-4190<br>Philadelphia, PA 19178-0001 |
| Smith & Nephew Endoscopy Div.<br>P.O. Box 905706<br>Charlotte, NC 28290-5706 | Smith & Nephew, Inc.<br>Wound Management Division<br>P.O. Box 70127<br>Chicago, IL 60673-0001 | Softair Medical<br>907 Chelsea, Ste. G<br>El Paso, TX 79903-4912 |
| Soledad Torres<br>5137 Pikes Peak<br>El Paso, TX 79904-1508 | Soundview Healthcare, Inc.<br>Accounts Receivable Admin. Inc.<br>3543 Old Conejo Rd. #102<br>Newbury Park, CA 91320-6322 | South Plains Biomedical Services, Inc.<br>5010 Kenosha Ave.<br>Lubbock, TX 79413-3924 |
| South West Printing<br>2430 N. Piedras<br>El Paso, TX 79930-3404 | Southwest Trane<br>9401 Carnegie, Ste. 2-E<br>El Paso, TX 79925-1423 | Southwestern Bell<br>P.O. Box 4845<br>Houston, TX 77210-4845 |
| Southwestern Bell Telephone<br>P.O. Box 4845<br>Houston, TX 77210-4845 | Southwestern Business Resource<br>P.O. Box 305140/AR Dept. #1115<br>2451 Atrium Way<br>Nashville, TN 37214-5102 | Southwestern Mill Dist., Inc.<br>310 N. Dallas<br>El Paso, TX 79901-1822 |
| Spectrum Imaging Systems<br>5900 Gateway East<br>El Paso, TX 79905-1901 | Spectrum Imaging Systems (Fidelity Leasi<br>5900 Gateway East<br>El Paso, TX 79905-1901 | St. John Record Programs<br>P.O. Box 51263<br>Los Angeles, CA 90051-5563 |
| Staples Business Advantage<br>P.O. Box A3689<br>Chicago, IL 60690-3689 | State Disbursement<br>P.O. Box 989067<br>West Sacramento, CA 95798-9067 | State Farm<br>8820 Gazelle<br>El Paso, TX 79925-5893 |
| Statelab Medical Products<br>P.O. Box 678-56<br>Dallas, TX 75267 | Stericycle<br>P.O. Box 9001589<br>Louisville, KY 40290-1589 | Steris Corporation<br>P.O. Box 676548<br>Dallas, TX 75267-6548 |
| Steven Bass<br>U.S. Attorney's Office<br>816 Congress Ave., Ste. 1000<br>Austin, TX 78701-2486 | Summit Electric Supply<br>P.O. Box 891129<br>El Paso, TX 79998 | Sun City Records Management<br>502 First Street<br>El Paso, TX 79901 |

Sun Country Medical Equipment
11233 Rojas, Ste. A
El Paso, TX 79935-5409

Sun West Ambulance
P.O. Box 220193
El Paso, TX 79913-2193

Sunset Pest Mangement, Inc.
2908 Chaswood
El Paso, TX 79935-1718

Supreme Laundry & Cleaners
2631 Wyoming
El Paso, TX 79903-3997

Susana E. Muro
10548 Olga St.
El Paso, TX 79924-1945

T System, Inc.
4020 Mcewen Drive, Ste. 200
Dallas, TX 75244-4900

T-Mobile
P.O. Box 790047
St. Lous, MO 63179-0047

T.C. Villarreal, M.D.
1717 Tommy Aaron
El Paso, TX 79936-4616

TMP Medical Listings, Inc.
Certifacts On-Line
47 Perimeter Center East, #500
Atlanta, GA 30346-2001

TMPH-Financial Dept.
12357-B Riata Trace Parkway
Austin, TX 78727-7171

TX Imaging Services of El Paso
10501 Gateway West #101
El Paso, TX 79925-7934

Tacy Medical, Inc.
P.O. Box 15807
Fernandina Beach, Fl 32035-3114

Tax Assessor-Collector
P.O. Box 2992
El Paso, TX 79999-2992

Ted Gamboa
12721 Tierra Pueblo
El Paso, TX 79938-4304

Texas Community Care
P.O. Box 4946
Covina, CA 91723-4946

Texas Department of Health
Bureau of Laboratories
1100 West 49th Street
Austin, TX 78756-3101

Texas Department of Mental Health
and Mental Retardation
401 East Franklin, Suite 210
Mail Code 1903
El Paso, Texas 79901-1210

Texas Gas Services
P.O. Box 269042
Oklahoma City, OK 73126-9042

Texas Hospital Insurance Exchg.
P.O. Box 14626
Austin, TX 78761-4626

Texas Tech University
Health Sciences Center
4800 Alberta
El Paso, TX 79905-2709

Texas Workforce Commission
P.O. Box 149037
Austin, Texas 78778-0001

The City of El Paso
El Paso City County of Health
5115 El Paso Drive
El Paso, TX 79905-2818

The City of El Paso (F.M.S.)
6633 North Mesa, Ste. 605
El Paso, TX 79912-4427

The DPB Group
5817 Via Vuesta Dr.
El Paso, TX 79912-6610

The Ruhof Corporation
393 Sagamore Ave.
Mineola, NY 11501-1919

The Scope Exchange
4210 Tudor Lane
Greensboro, NC 27410-8104

The Work Institute, LLC
5123 Virginia Way C-23
Brentwood, TN 37027-7598

Theracom, Inc.
P.O. Box 640105
Cincinnati, OH 45264-0101

Thin
P.O. Box 406952
Atlanta, GA 30384-6952

Thomas F. Mahn
The Works Institute
5123 Virginia Way, C-23
Brentwood, TN 37027-7598

| | | |
|---|---|---|
| Thomas G. Oliver, M.D.<br>6612 Brisa Del Mar<br>El Paso, TX 79912-7306 | Thomason Hospital<br>4815 Alameda Ave.<br>El Paso, TX 79905-2794 | Thyssenkrupp Elevator Corp.<br>P.O. Box 933004<br>Atlanta, GA 31193-3004 |
| Time Warner Comm<br>P.O. Box 650047<br>Dallas, TX 75265-0047 | Tony Martinez, M.D.<br>7005 Alamosa Way<br>El Paso, TX 79912-1542 | Tony Martinez, MD<br>7005 Alamosa Way<br>El Paso, TX 79912-1542 |
| Toshiba America Medical<br>P.O. Box 91605<br>Chicago, IL 60693-1605 | Toshiba Medical Credit<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | Tri-Care Southwest<br>Box 8997<br>Madison, WI 53708-8997 |
| Tricore Reference Laboratories<br>P.O. Box 27935<br>Albuquerque, NM 87125-7935 | Trinity Biotech<br>P.O. Box 15287<br>Newark, NJ 07192-5287 | Tures, Golden, Patek MD PA<br>1700 Curie, Ste. 4800<br>Sierra Tower<br>El Paso, TX 79902-2992 |
| U.S. Bank Portfolio Assets<br>c/o Alan Leibel<br>8350 North Central Exway, Ste. 1111<br>Dallas, TX 75206-1625 | U.S. Bank Portfolio Assets<br>c/o Martin Lehman<br>8350 North Central Expressway, Ste. 1111<br>Dallas, TX 75206-1625 | U.S. Bank Portfolio Assets<br>c/o Martin Lehman<br>8350 North Central Expway, Ste. 1111<br>Dallas, TX 75206-1625 |
| U.S. Bank Portfolio Assets<br>c/o Martin Lehman<br>8350 North Central Expwy., Suite 1111<br>Dallas, TX 75206-1625 | U.S. Food Service<br>P.O. Box 840243<br>Dallas, TX 75284-0243 | Unicomp, Inc.<br>4423 Fortan Ct.<br>San Jose, CA 95134-2316 |
| Unifirst Holdings, L.P.<br>P.O. Box 26159<br>El Paso, TX 79926-6159 | Unipower<br>1216 West 96th Street<br>Minneapolis, MN 55431-2606 | Unitech Co.<br>8111 Beverly Blvd., Ste. 206<br>Los Angeles, CA 90048-4531 |
| United Ad Label<br>3102 Paysphee Circle<br>Chicago, IL 60674-0031 | United Anesthesia Associates<br>P.O. Box 1847<br>Kernersville, NC 27285-1847 | United Blood Services<br>6210 E. Oak St.<br>Attn: Scott Nelson<br>Scottsdale, AZ 85257-1104 |
| United Healthcare<br>P.O. Box 2625<br>Del Mar, CA 92014-5625 | United Laboratories<br>P.O. Box 410<br>St. Charles, IL 60174-0410 | United Mechanical Contractors<br>13801 Springmill Rd.<br>Carmel, IN 46032-7900 |
| United States Surgical<br>150 Glover Ave.<br>Norwalk, CT 06850-1346 | United States Treasury<br>Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C 20220-0002 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

Utah Medical Products, Inc.
7043 South 300 West
Midvale, UT 84047-1048

V.M. Patel, MD
1700 Curie, Ste. 4800
El Paso, TX 79902-2992

VA Healthcare Center
5001 N. Piedras St.
El Paso, TX 79930-4210

Valeria Huff
9328 Shaver
El Paso, TX 79925-6621

Valerie Huff
9328 Shaver Dr.
El Paso, TX 79925-6621

Valley By Products
P.O. Box 628
Canutillo, TX 79835-0628

Valley Gas & Specialty Equip.
1031 Hawkins
El Paso, TX 79915-1211

Vascular Diagnostic Center, Inc.
Central Medical Plaza
2022 Murchison, Ste. 110
El Paso, TX 79902-3058

Ventura Designs & Medica, Inc.
1522 Montana, Ste. 100
El Paso, TX 79902-5661

Veriad/Ual
135 S La Salle Street
Dept. 3102
Chicago, IL 60674-3102

Verizon Wireless
P.O. Box 4001
Inglewood, CA 90313-0001

Vermed Medical, Inc.
9 Lovell Drive
Bellows Falls, VT 05101-3123

Vermed Medical, Inc.
Industrical Park
Bellows Falls, VT 05101

Victor Roman
9404 Chantilly
El Paso, TX 79907-3445

Vinton Health Clinic, LLC
7920 Doniphan Drive
Vinton, TX 79821-7628

Vivian Villareal
10060 Yukon S7
El Paso, TX 79924-4124

W. Meshel, M.D.
2815 N. Yarbrough #1
El Paso, TX 79925-4729

W. Meshel, MD
1221 N. Cotton
El Paso, TX 79902-3015

W. Meshel, MD
2815 N. Yarbrough #1
El Paso, TX 79925-4729

WPS Tricare
P.O. Box 7928
Maddison, WI 53707-7928

WW Grainger
Dept. 26-857244016
Palatine, IL 60038-0001

West Group Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

West Texas Medical
P.O. Box 9978
El Paso, TX 79995-2978

Westbury Communications
1132 Jivaro Pl.
El Paso, TX 79912-1128

William N. Meshel
2815 N. Yarbrough, Apartment 1
El Paso, TX 79925-4729

Wilson Cook Medical, Inc.
P.O. Box 751587
Charlotte, NC 28275-1587

Wilson Woodrow
3130 McKinley
El Paso, TX 79930-4844

Windstead Sechrest & Minick
Attorneys & Counselors Corp.
401 Congress Ave., Suite 2100
Austin, TX 78701-3798

Winfield Laboratories, Inc.
P.O. Box 832297
Richardson, TX 75083-2297

Wisco Supply, Inc.
815 S. St. Vrain St.
P.O. Box 214
El Paso, TX 79942-0214

Wisconsin St. Lab of Hygiene
465 Henry Mall
Madison, Wi 53706-1578

X-Rite, Inc.
3100 44th Street S.W.
P.O. Box 636
El Paso, TX 79944-0636

Xerox Corporation
P.O. Box 7405
Pasadena, CA 91109-7405

Xerox Office Experts
1427 E. Missouri
El Paso, TX 79902-5602

Yellow Pages, Inc.
P.O. Box 411450
Melbourne, FL 32941-1450

Yokanda Cadena
13905 Pete La Rue
El Paso, TX 79928-7258

Yolanda Cadena
13905 Pete La Rue
El Paso, TX 79928-7258

Yolanda Sanchez
4223 Leavell
El Paso, TX 79904-5731

Zandra Bran
11636 Desert Keep Dr.
El Paso, TX 79936-8208

Zoila Javalera
1115 Delta
El Paso, TX 79901-3020

Zoila Javalera
1115 Delta Dr.
El Paso, TX 79901-3020

Zulin Paretas
624 Dorsey Drive
El Paso, TX 79912-7064

E. P. Bud Kirk
6006 N. Mesa, #806
El Paso, TX 79912-4655

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
210 E Earll Dr. Stop 5020 PHX
Phoenix, AZ 85012

(d)Internal Revenue Service
210 E. Earll Dr.
Stop 5020 PHX
Phoenix, AZ 85012

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
Special Procedures Branch
300 E. 8th Street
Austin, TX 78701

(d)Medline Industries, Inc.
P.O. Box 92301
Chicago, IL 60675

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ADT
One Town Center Road
Boca Raton, FL 33486-1002

(d)Carlos R. Guerrero
P.O. Box 1674
San Elizario, TX 79849-1674

(d)Carmen Ramirez
1256 Indiana
El Paso, TX 79930-1132

(d)City of El Paso
c/o David G. Aelvoet
711 Navarro, Ste. 300
San Antonio, TX 78205-1749

(d)David Avalos
2626 Federal, Apt. 2
El Paso, TX 79930-3102

(d)Dolores Duran
972 Agua Prieta
El Paso, TX 79907-3304

(d)Dolores Vasquez
3220 El Morro
El Paso, TX 79904-3007

(d)Edward Juarez, M.D.
2311 N. Mesa, Ste. J
El Paso, TX 79902-3575

(d)Gerardo Garcia
8521 San Miguel
El Paso, TX 79907-6119

(d)HBO Associates, LLC
c/o Dr. Miguel Barron
3030 Gateway East
El Paso, TX 79905-1014

(d)Hortencia Contreras
11600 Cedar Crest
El Paso, TX 79936-6513

(d)Innovazione
500 S. Mesa, Suite 247
El Paso, TX 79901-2714

(d)Jesse M. Holguin, Jr.
3259 Lebanon Avenue
El Paso, TX 79930-4407

(d)Leopoldo Martinez, Jr.
11420 Lake Nemi Dr.
El Paso, TX 79936-3953

(d)Leroy C. Turner
4549 R.T. Cassidy Drive
El Paso, TX 79924-6815

(u)Mario Vela, PA

(d)Martin Delgado
2735 Portland Ave.
El Paso, TX 79930-2812

(d)McKesson Automation, Inc.
700 Waterfront Drive
Pittsburgh, PA 15222-4742

(d)Medical Arts Press
8500 Wyoming Ave. N
Minneapolis, MN 55445-1831

(d)Phillip W. Norris
3500 Lake Powell Drive
Arlington, TX 76016-3509

(d)Sergio Polanco
5472 Fire Ridge Cir.
El Paso, TX 79932-1473

(d)Texas Tech University
Health Sciences Center
4800 Alberta
El Paso, TX 79905-2709

(d)Toshiba America Medical
P.O. Box 91605
                    Chicago, IL 60693-1605

(d)W. Meshel, M.D.
2815 N. Yarbrough #1
El Paso, TX 79925-4729

End of Label Matrix
Mailable recipients    672
Bypassed recipients     24
Total                  696